B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Connecticut | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Startech Environmental Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**84-1286576** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**88 Danbury Road, Suite 1200**<br>**Wilton, CT**<br>ZIP Code **06897-2525** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fairfield** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Startech Environmental Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ■ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)　　　　(Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

　　_____
　　(Name of landlord that obtained judgment)

　　_____
　　(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Startech Environmental Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Craig I. Lifland**
Signature of Attorney for Debtor(s)

**Craig I. Lifland ct00976**
Printed Name of Attorney for Debtor(s)

**Zeisler & Zeisler, P.C.**
Firm Name

**558 Clinton Avenue**
**Bridgeport, CT 06605**
Address

**(203) 368-4234  Fax: (203) 367-9678**
Telephone Number

**April 28, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph Longo**
Signature of Authorized Individual

**Joseph Longo**
Printed Name of Authorized Individual

**Chairman/CEO**
Title of Authorized Individual

**April 28, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## CORPORATE RESOLUTIONS ADOPTED BY
## STARTECH ENVIRONMENTAL CORPORATION

I HEREBY CERTIFY that (i) I am the President and CEO of Startech Environmental Corporation, a Colorado corporation (hereinafter referred to as the "Corporation"), (ii) the following is a true and correct copy of resolutions duly adopted by the Board of the Corporation on April 1, 2010, (the "Resolutions"), and (iii) the Resolutions neither conflict with any order of any court or Bylaw or regulation of the Corporation nor have the Resolutions been in any way altered, amended or repealed and are in full force and effect, unrevoked and unrescinded as of this date;

RESOLVED, that the Corporation (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), (ii) if the circumstance arises prior to filing such a petition making necessary or convenient (a) consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (b) consent to the entry of an order for relief and convert an involuntarily commenced Chapter 7 case to a case under Chapter 11, and (iii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that, Joseph Longo (the "Officer"), shall be, and hereby is, authorized and empowered to execute and deliver or cause to be filed, on behalf of the Corporation, (i) the voluntary petition of the Corporation pursuant to Chapter 11 of the Bankruptcy Code, (ii) the consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (iii) the consent to the entry of an order for relief and conversion of an involuntarily commenced Chapter 7 case to a case under Chapter 11, and (iv) any and all other documents necessary or appropriate in connection therewith in such form or forms as the Officer or Officers so acting may approve;

FURTHER RESOLVED, that the Corporation, as Debtor and Debtor in possession under Chapter 11 of the Bankruptcy Code, borrow funds in such amounts, from such lenders and on such terms as may be approved by the Officer as reasonably necessary for the continuing conduct of the affairs of the Corporation and grant security interests in and liens upon all or substantially all of the Corporation's assets as may be deemed necessary by any one or more of the Officers in connection with such borrowings;

FURTHER RESOLVED, that the Officer shall be, and hereby is, authorized and empowered to execute and deliver for and on behalf of the Corporation, as Debtor and Debtor in possession, such agreements, instruments and any and all other documents necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution (the "Financing Documents") and that Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Officer or Officers so acting hereby are approved.

FURTHER RESOLVED, that the law firm of Zeisler & Zeisler, P.C. shall be, and it hereby is, authorized and empowered to represent the Corporation, as Debtor and Debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that the Officer shall be, and hereby is, authorized and empowered to retain, on behalf of the Corporation, Zeisler & Zeisler, P.C. and such other attorneys, financial advisors and accountants as the Officer or Officers so acting shall deem appropriate in his or their judgment;

FURTHER RESOLVED, that the Officer shall be authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Officer so acting shall deem appropriate in his judgment to fully carry out the intent and accomplish the purposes of the Resolutions; and

FURTHER RESOLVED, that all of the acts and transactions of any one or more of the Officers or Board of Directors of the Corporation, which have been taken, caused to have been taken or made prior to the effective date of the Resolutions in connection with the matters set forth in the Resolutions, are hereby ratified, confirmed and approved.

Attest:                                  STARTECH ENVIRONMENTAL CORPORATION

_____           By: _____
                                              Joseph Longo
                                              Its President/CEO
                                              Duly Authorized

Dated: April **6**, 2010

# United States Bankruptcy Court
## District of Connecticut

In re   **Startech Environmental Corporation**                              ,   Case No. _____

                                            Debtor

                                                                            Chapter            **11**

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   **333-145903**                    .

2. The following financial data is the latest available information and refers to debtor's condition on   **n/a**                        .

   a. Total assets                                          $ **Not available**   ~~0.00~~

   b. Total debts (including debts listed in 2.c.,below)    $ **Not available**   ~~0.00~~

   c. Debt securities held by more than 500 holders.

   | | | | | Approximate number of holders |
   |---|---|---|---|---|
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |

   d. Number of shares of preferred stock        10,000,000 [1]        0

   e. Number of shares of common stock           800,000,000 [2]       3,000

   Comments, if any:

3. Brief description of debtor's business:

   The Startech Environmental Corporation is a publicly traded environmental technology company commercializing its proprietary plasma processing technology known as the Plasma Converter™ that achieves closed-loop elemental recycling.  The System irreversibly destroys hazardous and non-hazardous waste and industrial by-products while converting them into useful commercial products.  These products include a rich synthesis gas called PCG (Plasma Converter Gas)™, surplus energy for power, chemical industry feedstocks, metals and silicates for use and for sale.  Startech operates from its facilities in Bristol, CT with offices in Wilton, CT.

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

1. Joseph Longo; 2. Francisco I. Rivera; 3. Fillipo Bragheiri.

---

[1] None issued
[2] 23,297,161 issued as of 7/31/09

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re  **Startech Environmental Corporation**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Kramer Levin Naftalis** Attn.: Scott Rosenblum 1177 Ave of America New York, NY 10036 | **Kramer Levin Naftalis** Attn.: Scott Rosenblum 1177 Ave of America New York, NY 10036 | **Legal** | | **360,058.72** |
| **WinStanley Property Mgmt LLC** Attn.: Jim Haliday 150 Baker Ave Ext, Suite 203 Concord, MA 01742 | **WinStanley Property Mgmt LLC** Attn.: Jim Haliday 150 Baker Ave Ext, Suite 203 Concord, MA 01742 | **Rent - 190 Century Drive** | | **91,708.39** |
| **Okapi Partners** Attn.: Alan Goldberg 789 Third Avenue-30th Floor New York, NY 10017 | **Okapi Partners** Attn.: Alan Goldberg 789 Third Avenue-30th Floor New York, NY 10017 | **IR Filing Cost** | | **45,221.50** |
| **Gaski Leasing** Attn.: Brenda Gaski 550 Broad Street Bristol, CT 06010 | **Gaski Leasing** Attn.: Brenda Gaski 550 Broad Street Bristol, CT 06010 | **Rent - 545 Broad Street** | | **43,407.50** |
| **Marcum LLP** Attn.: Kevin McCann 10 Melville Park Road Melville NY  11747 | **Marcum LLP** Attn.: Kevin McCann 10 Melville Park Road Melville NY  11747 | **Accountant** | | **34,787.00** |
| **JP Morgan Chase Bank** Attn.: Collections P.O. Box 260180 Baton Rouge, LA 70826-0180 | **JP Morgan Chase Bank** Attn.: Collections P.O. Box 260180 Baton Rouge, LA 70826-0180 | **Bank Charge** | | **31,026.33** |
| **Conn Power & Light** Attn: Pres, Mng Mmb, GP P.O Box 150493 Hartford, CT 06115-0493 | **Conn Power & Light** Attn: Pres, Mng Mmb, GP P.O Box 150493 Hartford, CT 06115-0493 | **Electric Bill** | | **30,008.82** |
| **Aero All-Gas Company** Attn: Pres, Mng Mmb, GP 3150 Main Street Hartford, CT 06120-9914 | **Aero All-Gas Company** Attn: Pres, Mng Mmb, GP 3150 Main Street Hartford, CT 06120-9914 | **Utility - Process Gases** | | **25,968.41** |
| **Broadridge** Attn.: Spencer Villano Spencer.Villiano@broadridge.com | **Broadridge** Attn.: Spencer Villano Spencer.Villiano@broadridge.com | **IR Filing Cost** | | **20,979.87** |

B4 (Official Form 4) (12/07) - Cont.

In re **Startech Environmental Corporation**                            Case No.
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Cohere Communications<br>Attn.: Chris<br>509 Madison Avenue, 6th Floor<br>New York, NY 10022 | Cohere Communications<br>Attn.: Chris<br>509 Madison Avenue, 6th Floor<br>New York, NY 10022 | Telephone Bill | | 13,270.07 |
| Konica Minolta Bus. Solutions<br>Attn: Pres, Mng Mmb, GP<br>One Deerwood, Ste. 100<br>10201 Centurion Pkwy N.<br>Jacksonville, FL 32256 | Konica Minolta Bus. Solutions<br>Attn: Pres, Mng Mmb, GP<br>One Deerwood, Ste. 100<br>Jacksonville, FL 32256 | Reproduction / Copy Lease | | 9,038.51 |
| Schuchat, Herzog & Brenman<br>Attn.: Jeff Brenman<br>1900 Wazee Street, Suite 300<br>Denver, CO 80802 | Schuchat, Herzog & Brenman<br>Attn.: Jeff Brenman<br>1900 Wazee Street, Suite 300<br>Denver, CO 80802 | Legal | | 8,038.63 |
| Capital One CC<br>Attn: Pres, Mng Mmb, GP<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Capital One CC<br>Attn: Pres, Mng Mmb, GP<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Corporate CC | | 7,088.10 |
| Yankee Gas<br>Attn: Pres, Mng Mmb, GP<br>P.O. Box 150402<br>Hartford, CT 06115-0492 | Yankee Gas<br>Attn: Pres, Mng Mmb, GP<br>P.O. Box 150402<br>Hartford, CT 06115-0492 | Bristol Gas Bill | | 5,430.32 |
| AT&T (Fax)<br>Attn: Pres, Mng Mmb, GP<br>P.O. Box 8110<br>Aurora, IL 69507-8110 | AT&T (Fax)<br>Attn: Pres, Mng Mmb, GP<br>P.O. Box 8110<br>Aurora, IL 69507-8110 | Bristol Fax Line | | 4,957.70 |
| PR Newswire<br>Attn: Pres, Mng Mmb, GP<br>G.P.O Box 5897<br>New York, NY 10087-5897 | PR Newswire<br>Attn: Pres, Mng Mmb, GP<br>G.P.O Box 5897<br>New York, NY 10087-5897 | IR New Releases | | 3,275.00 |
| Coverall of New England<br>Attn: Pres, Mng Mmb, GP<br>340 Broad Street, Suite 203<br>Windsor, CT 06095 | Coverall of New England<br>Attn: Pres, Mng Mmb, GP<br>340 Broad Street, Suite 203<br>Windsor, CT 06095 | Bristol - Cleaning Contract | | 2,321.40 |
| AT&T Business Services<br>Attn: Pres, Mng Mmb, GP<br>P.O. Box,5019<br>Carol Stream, IL 60197-5019 | AT&T Business Services<br>Attn: Pres, Mng Mmb, GP<br>P.O. Box,5019<br>Carol Stream, IL 60197-5019 | Bristol Data Line | | 2,303.08 |
| Airgas East<br>Attn: Pres, Mng Mmb, GP<br>325 Mccausland Court<br>Cheshire, CT 06410 | Airgas East<br>Attn: Pres, Mng Mmb, GP<br>325 Mccausland Court<br>Cheshire, CT 06410 | Utility - Process Gases | | 1,637.64 |
| Corporate Stock Transfer<br>Attn.: Shari Humphreys<br>3200 Cherry Creek Dr. South<br>Suite 430<br>Denver, CO 80209 | Corporate Stock Transfer<br>Attn.: Shari Humphreys<br>3200 Cherry Creek Dr. South<br>Denver, CO 80209 | IR - Stock Transfer | | 1,295.97 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Startech Environmental Corporation**                                                    Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chairman/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 28, 2010**                                  Signature  **/s/ Joseph Longo**
                                                                     **Joseph Longo**
                                                                     **Chairman/CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**District of Connecticut**

In re  **Startech Environmental Corporation**  Case No.
Debtor(s)  Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 28, 2010**    **/s/ Joseph Longo**
**Joseph Longo**/**Chairman/CEO**
Signer/Title

```
Internal Revenue Services
Department of the Treasury
11601 Roosevelt Blvd.
PO Box 21126
Philadelphia, PA 19114-0326


State of CT
Dept of Revenue Services
C&E Div, Bankruptcy Section
25 Sigourney St.
Hartford, CT 06106


Aero All-Gas Company
Attn: Pres, Mng Mmb, GP
3150 Main Street
Hartford, CT 06120-9914


AFCO
Attn: Pres, Mng Mmb, GP
1000 Milwaukee Ave.
Glenview, IL 60025


Airgas East
Attn: Pres, Mng Mmb, GP
325 Mccausland Court
Cheshire, CT 06410


Ascensus
Attn: Pres, Mng Mmb, GP
200 Dryden Road
Dresher, PA 19025


AT&T (Fax)
Attn: Pres, Mng Mmb, GP
P.O. Box 8110
Aurora, IL 69507-8110


AT&T Business Services
Attn: Pres, Mng Mmb, GP
P.O. Box,5019
Carol Stream, IL 60197-5019


Athem BC/BS
Attn.: Brenda Holt
370 Bassett Road
North Haven, CT 06473-4201
```

```
Atlas Copco Compressors
Attn: Pres, Mng Mmb, GP
94 North Elm Street, Flr. 4
Westfield, MA 01085


Bemers
Attn: Pres, Mng Mmb, GP
210 Commerce St.
Glastonbury, CT 06033


Bistol, Town of
Attn: Pres, Mng Mmb, GP
P.O. Box 1040
Bristol, CT 06011-1040


Broadridge
Attn.: Spencer Villano
Spencer.Villiano@broadridge.com


Capital One CC
Attn: Pres, Mng Mmb, GP
P.O. Box 71083
Charlotte, NC 28272-1083


Chapin & Bangs
Attn: Pres, Mng Mmb, GP
P.O. Box 1117
Bridgeport, CT 06601-1117


Chase Withrow
[PLEASE PROVIDE ADDRESS]



Cohere Communications
Attn.: Chris
509 Madison Avenue, 6th Floor
New York, NY 10022


Conn Power & Light
Attn: Pres, Mng Mmb, GP
P.O Box 150493
Hartford, CT 06115-0493
```

```
Corporate Stock Transfer
Attn.: Shari Humphreys
3200 Cherry Creek Dr. South
Suite 430
Denver, CO 80209


Coverall of New England
Attn: Pres, Mng Mmb, GP
340 Broad Street, Suite 203
Windsor, CT 06095


CT Corporation System
Attn: Pres, Mng Mmb, GP
111 Eight Ave., Group 1
New York, NY 10011


CWPM, LLC
Attn: Pres, Mng Mmb, GP
25 Norton Place
P.O. Box 415
Plainville, CT 06062


Earthlink (email)
Attn: Pres, Mng Mmb, GP
P.O. Box 7645
Atlanta, GA 30357


Fastener Products
Attn: Pres, Mng Mmb, GP
P.O. Box 9791
Forrestville, CT 06011-9791


FedEx
Attn: Pres, Mng Mmb, GP
P.O. Box 371461
Pittsburgh, PA 15250-7461


Furst Properties,   LLC
Attn.: Beverly Eernisse
14648 N. Scottsdale Rd, #345
Scottsdale, AZ 85254


Gaski Leasing
Attn.: Brenda Gaski
550 Broad Street
Bristol, CT 06010
```

```
Industrial Gas & Supply. Inc.
Attn: Pres, Mng Mmb, GP
11 Rado Drive
Naugatuck, CT 06770


Internal Revenue Service
Attn: Pres, Mng Mmb, GP
IRS
Cincinnati, OH 45999


Internal Revenue Services
135 High Street
Hartford, CT 06103


Joe Equale
[PLEASE PROVIDE ADDRESS]



John Fitzpatrick
[PLEASE PROVIDE ADDRESS]



Joseph F. Longo
444 Thayer Pond Rd
Wilton, CT 06897


JP Morgan Chase Bank
Attn.: Collections
P.O. Box 260180
Baton Rouge, LA 70826-0180


Konica Minolta
Attn.: Kiesha A. Smith-Eaton
100 Williams Dr
Ramsey, NJ 07446


Konica Minolta Bus. Solutions
Attn: Pres, Mng Mmb, GP
One Deerwood, Ste. 100
10201 Centurion Pkwy N.
Jacksonville, FL 32256
```

```
Kostin Ruffkess
Attn: Pres, Mng Mmb, GP
76 Batterson Park Rd
P.O. Box 345
Farmington, CT 06034


Kramer Levin Naftalis
Attn.: Scott Rosenblum
1177 Ave of America
New York, NY 10036


Marcum LLP
Attn.: Kevin McCann
10 Melville Park Road
Melville NY 11747


McMaster-Carr, Robbinsville, NJ
Caine & Weiner
Attn: Pres, Mng Mmb, GP
1699 E. Woodfield Rd
Schaumburg, IL 60173


Office Max, Carlstadt, NJ, 07072
Attn: Pres, Mng Mmb, GP
266 Shuman Blvd
Naperville, IL 60563


Okapi Partners
Attn.: Alan Goldberg
789 Third Avenue-30th Floor
New York, NY 10017


PA Steel Company, Inc
Attn.: Melanie
322 Great Hill Road
Naugatuck, CT 06770


Peter J Scanlon
986 Ocean Avenue
West Haven, CT 06516


Pitney Bowes (Purchase Power)
Attn: Pres, Mng Mmb, GP
P.O. 856460
Louisville, KY 40285-6460
```

```
Pitney Bowes Global Financial Service
Attn: Pres, Mng Mmb, GP
P.O. 856460
Louisville, KY 40285-6460


Pitney Bowes, Inc
Attn: Pres, Mng Mmb, GP
2225 American Dr.
Neenah, WI 54956


Poland Spring
Attn: Pres, Mng Mmb, GP
#215 6661 Dixie Hwy, Suite 4
Louisville, KY 40258


PR Newswire
Attn: Pres, Mng Mmb, GP
G.P.O Box 5897
New York, NY 10087-5897


Ralph N. Dechiaro
1 Tromp Street
Brookfield, CT 06804


Robert DeRochie
33 Merwinbrook Rd
Brookfield, CT 06804


Robert Schukal
25 Lambert CMN
Wilton, CT 06897


Schuchat, Herzog & Brenman
Attn.: Jeff Brenman
1900 Wazee Street, Suite 300
Denver, CO 80802


Securities and Exchange Comm.
3 World Financial Center
Suite 400
New York, NY 10281-1022


Securities Exchange Commission
100 F St. NE
Washington, DC 20549-2001
```

Staples Credit Plan
Attn: Pres, Mng Mmb, GP
P.O. Box 689020
Des Moines, IA 50368


Stephen Landa
849 Black Rock Tpke
Easton, CT 06612


Suraci Metal Finishing
Attn: Pres, Mng Mmb, GP
90 River Street
New Haven, CT 06513


The Hartford
Attn.: Patricia Corso
Lockbox 3690, 101 N.
Independence Mall East
Philadelphia, PA 19106


Torrington Supply
Attn: Pres, Mng Mmb, GP
100 North Elm Street
Waterbury, CT 06702


U.S. Coffee
Attn: Pres, Mng Mmb, GP
51 Alpha Plaza
Hickville, NY 11801


United Parcel Service
Attn: Pres, Mng Mmb, GP
P.O. Box 650580
Dallas, TX 75265


Utica National Insurance
Attn.: Jean Bonney
P.O. Box 530, Utcia
New York 13503


Vengroff, Williams & Assoc.
Attn.: Jeaninne Smith
P. O. Box 4155
Sarasota, FL 34230

W.B. Mason
Attn: Pres, Mng Mmb, GP
P.O. Box 55840
Boston, MA 02205


Wanlin Liang
12305 Durango Root Dr.
Keller, TX 76248


WinStanley Property Mgmt LLC
Attn.: Jim Haliday
150 Baker Ave Ext, Suite 203
Concord, MA 01742


Worldwide Express
Attn: Pres, Mng Mmb, GP
116 N. West St., Ste. 200
Raleight, NC 27603


WVT Business Communications
Attn: Pres, Mng Mmb, GP
P.O. Box 592
Warwick, NY 10990


Yankee Gas
Attn: Pres, Mng Mmb, GP
P.O. Box 150402
Hartford, CT 06115-0492


Yellow Pages
Attn: Pres, Mng Mmb, GP
P.O. Box 53251
Atlanta, GA 30355