## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### BRIDGEPORT DIVISION

In re                                                              Chapter 11

**STARTECH ENVIRONMENTAL**                      Case No.  10-50955 (AHWS)
**CORPORATION,**

       **Debtor.**

---

**ORDER GRANTING UNITED STATES TRUSTEE'S *EX PARTE* MOTION TO SHORTEN TIME AND DENYING LIMITING NOTICE FOR UNITED STATES TRUSTEE'S MOTION
FOR AN ORDER DISMISSING THE DEBTOR'S CASE FOR FAILING
TO MAINTAIN INSURANCE COVERAGE**

      On consideration of the United States Trustee's *ex parte* motion for an expedited hearing on her motion for an order dismissing the above case pursuant to 11 U.S.C. § 1112(b) (the "Substantive Motion"), and pursuant to Rule 2002(m) of the Federal Rules of Bankruptcy Procedure, and good cause appearing, it is hereby

      **ORDERED,** that the hearing on the Substantive Motion is scheduled for May 25, 2010 at10:00 a.m. in the United States Bankruptcy Court, 915 Lafayette Boulevard, Room 123, Bridgeport, Connecticut, and it is further

      **ORDERED**, that on or before May 24, 2010, the United States Trustee shall serve this order, the Substantive Motion and the proposed order thereon by this court's CMECF system and by electronic mail (or give notice via a telephone call if electronic mail is not possible) upon the following:  (a) Debtor's counsel; (b) counsel for secured creditor Champion Energy, Inc.; (c) the 20 Largest Unsecured Creditors; (d) all parties requesting notice and (e) all creditors and interested parties. Service upon artificial entities shall be appropriate "attention lines" in accordance with Rule 7004(b)(3) of the Rules.  The United States Trustee shall file a certificate of service and service list that such service has been made.

Dated: May 24, 2010                                             By the court

*Alan H. W. Shiff*
Alan H. W. Shiff
United States Bankruptcy Judge