B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re **Startech Environmental Corporation** ,    Case No. **10-50955**

   Debtor

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 11,033,560.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 523,950.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 27,492.92 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 1,706,000.53 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 11,033,560.00 | | |
| Total Liabilities | | | | 2,257,443.45 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of Connecticut

In re    **Startech Environmental Corporation**                                ,    Case No. _____**10-50955**_____

Debtor

Chapter                                **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Startech Environmental Corporation**                              ,    Case No.    __10-50955__

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Startech Environmental Corporation**                                    ,    Case No.    __10-50955__

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Startech Environmental Corporation**                                      ,        Case No.    **10-50955**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Startech 401K Plan: Company Sponsored.** | **-** | **0.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Startech Environmental Corporation**                                         ,     Case No.   **10-50955**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Intellectual Property** | - | **2,000,000.00**[1] |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Other Items (Bristol/Wilton)** | - | **60,810.00**[2] |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Tooling (Bristol)** | - | **143,800.00**[1] |
| 30. Inventory. | | **Equipment & Assemblies (Bristol)** | - | **4,398,525.00**[3] |
| | | **Raw Materials (Bristol)** | - | **430,425.00**[2] |
| | | **Demonstration PCS (Bristol)** | - | **4,000,000.00**[4] |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

**1 - Estimate; 2 - Book Value; 3 - Cost; 4 - Market Value**

|  |  |
|---|---|
| Sub-Total > | 11,033,560.00 |
| (Total of this page) | |
| Total > | 11,033,560.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __Startech Environmental Corporation__ ,    Case No. __10-50955__
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Attachment** | | | | | |
| **88 Danbury Road, LLC** c/o David Zabel, Esq. **Cohen & Wolfe** **1115 Borad Street** **Bridgeport, CT 06604** | - | | | | | | | |
| | | | Value $                0.00 | | | | **102,950.00** | **Unknown** |
| Account No. | | | | | | | | |
| **Furst Properties, LLC** **Attn Beverly Eernisse** **14648 N. Scottsdale Rd** **#345** **Scottsdale, AZ 85254** | | | **Representing:** **88 Danbury Road, LLC** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | **March 13, 2010** | | | | | |
| **AFCO Credit Corporation** c/o Robert J. Ratner, Sr. V.P. **14 Wall Street, Ste. 8A-19** **New York, NY 10005** | | | **Insurance Premium Financing** **Collateral is unearned premiums** | | | | | |
| | | | Value $                0.00 | | | | **60,000.00** | **0.00** |
| Account No. | | | **April 2010** | | | | | |
| **Champion Energy, Inc.** **412 Kato Terrace** **Fremont, CA 94539** | - | | **Bridge Loan** **Blanket Liens** | | | | | |
| | | | Value $                0.00 | | | | **361,000.00** | **Unknown** |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | **523,950.00** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **523,950.00** | **0.00** |

B6E (Official Form 6E) (4/10)

In re    **Startech Environmental Corporation**                                    Case No.    **10-50955**
                                                                             ,
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Startech Environmental Corporation**                                          ,        Case No.    **10-50955**
_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2006 | | | | | | |
| **Internal Revenue Service** **Cincinnati, OH 45999** | - | | | | | X | | 0.00 | |
| | | | | | | | 4,450.00 | | 4,450.00 |
| Account No. | | | 2008 Property Taxes | | | | | | |
| **Town of Bristol** **P. O. Box 1040** **Bristol, CT 06011-1040** | - | | | | | X | | 0.00 | |
| | | | | | | | 23,042.92 | | 23,042.92 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  __1__  of  __1__   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 27,492.92 | 27,492.92 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 27,492.92 | 27,492.92 |

B6F (Official Form 6F) (12/07)

In re    **Startech Environmental Corporation**    Case No.    **10-50955**
    ,
    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Invoices Aug 09-Nov 09 | | | | |
| Aero All-Gas Corp. Attn Pres, Gen Ptnr or Mng Mmb 3150 Main Street Hartford, CT 06120-9914 | - | | | | | | | | 2,934.51 |
| Account No. | | | | | Invoices Aug 09-Mar 10 | | | | |
| Airgas East Attn Pres, Gen Ptnr or Mng Mmb 325 Mccausland Court Cheshire, CT 06410 | - | | | | | | | | 2,285.36 |
| Account No. | | | | | Jan 2010 Invoice Claim | | | X | |
| All Gas Attn Pres, Gen Ptnr or Mng Mmb 3150 Main Street Hartford, CT 06120-9914 | - | | | | | | | | 31,968.41 |
| Account No. | | | | | Invoice Nov 2009 | | | | |
| Ascensus Attn Pres, Gen Ptnr or Mng Mmb 200 Dryden Road Dresher, PA 19025 | - | | | | | | | | 1,075.00 |
| __12__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 38,263.28 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Startech Environmental Corporation** ,                    Case No. **10-50955**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Invoices Aug 09-March 10 | | | | |
| AT&T Attn Pres, Gen Ptnr or Mng Mmb P.O. Box 8110 Aurora, IL 69507-8110 | - | | | | | | 2,303.08 |
| Account No. | | | Invoices Aug 09-March 10 | | | | |
| AT&T Attn Pres, Gen Ptnr or Mng Mmb P.O. Box,5019 Carol Stream, IL 60197-5019 | - | | | | | | 5,701.35 |
| Account No. | | | Invoice Dec 09 | | | | |
| Athem BC/BS Attn Brenda Holt 370 Bassett Road North Haven, CT 06473-4201 | - | | | | | | 23,222.60 |
| Account No. | | | Invoice Sept. 2009 | | | | |
| Atlas Copco Compressors Attn Pres, Gen Ptnr or Mng Mmb 94 North Elm Street, Floor 4 Westfield, MA 01085 | - | | | | | | 249.10 |
| Account No. | | | Invoice Aug 09-Mar 10 | | | | |
| Bemers Attn Pres, Gen Ptnr or Mng Mmb 210 Commerce St Glastonbury, CT 06033 | - | | | | | | 102.91 |

Sheet no. **1** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **31,579.04**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Startech Environmental Corporation**                                          ,    Case No.    **10-50955**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Invoice Aug 09 | | | | |
| **Broadridge** **Attn Spencer Villano** **51 Mercedes Way** **Edgewood, NY 11717** | | | | | | | | 20,979.87 |
| Account No. | X | | - | Invoices Aug 09-Mar 10 | | | | |
| **Capital One CC** **Attn Pres, Gen Ptnr or Mng Mmb** **P.O. Box 71083** **Charlotte, NC 28272-1083** | | | | | | | | 7,518.10 |
| Account No. | | | - | Invoice Aug 09 | | | | |
| **Chapin & Bangs** **Attn Pres, Gen Ptnr or Mng Mmb** **P.O. Box 1117** **Bridgeport, CT 06601-1117** | | | | | | | | 193.47 |
| Account No. | | | - | Board Fees 2008 & 2009 | | | | |
| **Chase Withrow III** **Attn Pres, Gen Ptnr or Mng Mmb** **3249 Wendwood Dr** **Marietta, GA 30062** | | | | | | | | 30,000.00 |
| Account No. | | | - | Invoices Nov 09-Apr 10 | | | | |
| **Cohere Communications** **Attn Chris** **509 Madison Ave., 6th Floor** **New York, NY 10022** | | | | | | | | 13,270.07 |

| | | |
|---|---|---|
| Sheet no. __2___ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 71,961.51 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Startech Environmental Corporation**                                                ,      Case No.   **10-50955**
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | Invoices Sep 09-Apr 09 | | | | |
| Connecticut Power & Light Attn Pres, Gen Ptnr or Mng Mmb P.O Box 150493 Hartford, CT 06115-0493 | - | | | | | | | | | 34,008.82 |
| Account No. | | | | | | Invoices Aug 09-Nov 09 | | | | |
| Coverall of New England Attn Pres, Gen Ptnr or Mng Mmb 340 Broad St, Suite 203 Windsor, CT 06095 | - | | | | | | | | | 2,321.40 |
| Account No. | | | | | | Invoice Nov 09 | | | | |
| CT Corporation System Attn Pres, Gen Ptnr or Mng Mmb 111 Eight Avenue, Group 1 New York, NY 10011 | - | | | | | | | | | 278.00 |
| Account No. | | | | | | Invoice Oct 09-Feb 10 | | | | |
| CWPM, LLC Attn Pres, Gen Ptnr or Mng Mmb 25 Norton Place P.O. Box 415 Plainville, CT 06062 | - | | | | | | | | | 406.44 |
| Account No. | | | | | | Invoice Feb 09-Mar 10 | | | | |
| Earthlink Attn Pres, Gen Ptnr or Mng Mmb P.O. Box 7645 Atlanta, GA 30357 | - | | | | | | | | | 201.60 |

Sheet no. __3__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         37,216.26

B6F (Official Form 6F) (12/07) - Cont.

In re   **Startech Environmental Corporation**                                          ,   Case No.   __10-50955__
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Invoice Aug 09 | | | | |
| **Fastener Products** **Attn Pres, Gen Ptnr or Mng Mmb** **P.O. Box 9791** **Forrestville, CT 06011-9791** | - | | | | | | 39.00 |
| Account No. | | | Invoice Aug 09-Dec 09 | | | | |
| **FedEx** **Attn Pres, Gen Ptnr or Mng Mmb** **P.O. Box 371461** **Pittsburgh, PA 15250-7461** | - | | | | | | 105.82 |
| Account No. | | | Rent Oct 09-Apr 10 **544 Broad Street, Bristol, CT** | | | | |
| **Gaski Leasing, LLC** **Attn Brenda Gaski** **550 Broad Street** **Bristol, CT 06010** | - | | | | | | 43,407.50 |
| Account No. | | | Invoice Aug 09-Feb 10 | | | | |
| **Industrial Gas & Supply. Inc.** **Attn Pres, Gen Ptnr or Mng Mmb** **11 Rado Drive** **Naugatuck, CT 06770** | - | | | | | | 827.24 |
| Account No. | | | Board Fees 2008 & 2009 | | | | |
| **Joe Equale** **51 Turtleback Road** **Wilton, CT 06897** | - | | | | | | 25,399.20 |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 69,778.76 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Startech Environmental Corporation**                                    ,        Case No. **10-50955**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Board Fees 2008 & 2009 | | | | |
| John Fitzpatrick 17 Turkey Hill Circle Westport, CT 06880 | | - | | | | | | |
| | | | | | | | | 30,000.00 |
| Account No. | | | | Services Jan-Apr 2010 Expense Aug 09-April 10 | | | | |
| Joseph F. Longo 444 Thayer Pond Rd Wilton, CT 06897 | | - | | | | | | |
| | | | | | | | | 97,314.21 |
| Account No. | | | | Overdraft Nov 09 | | | | |
| JP Morgan Chase Bank Attn Pres, Gen Ptnr or Mng Mmb P.O. Box 260180 Baton Rouge, LA 70826-0180 | X | - | | | | | | |
| | | | | | | | | 32,196.33 |
| Account No. | | | | Lease Cost Aug 09 thru Mar 10 | | | | |
| Konica Minolta Attn Kiesha A. Smith-Eaton 100 Williams Drive Ramsey, NJ 07446 | | - | | | | | | |
| | | | | | | | | 10,102.28 |
| Account No. | | | | Invoices Aug 09-Dec 09 | | | | |
| Konica Minolta Buss Solutions Attn Pres, Gen Ptnr or Mng Mmb One Deerwood 10201 Centurion Pkwy N, Ste 100 Jacksonville, FL 32256 | | - | | | | | | |
| | | | | | | | | 440.75 |

Sheet no. **5** of **12** sheets attached to Schedule of                Subtotal                170,053.57
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Startech Environmental Corporation_____,    Case No. ___10-50955_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Invoice Nov 2009 | | | | |
| Kostin Ruffkess 76 Batterson Park Rd P.O. Box 345 Farmington, CT 06034 | - | | | | | | 900.00 |
| Account No. | | | Invoices Aug 09-Mar 10 | | | | |
| Kramer Levin Naftalis Attn Scott Rosenblum 1177 Ave of America New York, NY 10036 | - | | | | | | 377,058.72 |
| Account No. | | | Invoice Oct-Nov 09 | | | | |
| Marcum LLP Attn Kevin McCann 10 Melville Park Rd Melville NY  11747 | - | | | | | | 34,787.00 |
| Account No. | | | Invoice Aug-Oct 09 | | | | |
| McMaster-Carr, Caine & Weiner Attn Pres, Gen Ptnr or Mng Mmb 1699 E. Woodfield Road Schaumburg, IL 60173 | - | | | | | | 408.25 |
| Account No. | | | Invoice Sept 09 | | | | |
| Office Max Attn Pres, Gen Ptnr or Mng Mmb 266 Shuman Blvd Naperville, IL 60563 | - | | | | | | 247.79 |

Sheet no. _6___ of _12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 413,401.76 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Startech Environmental Corporation** ,                    Case No. __**10-50955**__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Invoice Aug-Oct 09 | | | | |
| Okapi Partners Attn Alan Goldberg 789 Third Avenue-30th Floor New York, NY 10017 | | - | | | | | | 45,221.50 |
| Account No. | | | | Invoice Oct 09 | | | | |
| PA Steel Company, Inc Attn Melanie 322 Great Hill Road Naugatuck, CT 06770 | | - | | | | | | 289.00 |
| Account No. | | | | Expenses 2009 & Agreement effective 2009 | | | | |
| Peter J Scanlon 986 Ocean Avenue West Haven, CT 06516 | | - | | | | | | 40,000.00 |
| Account No. | | | | Agreement Balance effective 2009 | | | | |
| Peter J Scanlon 986 Ocean Avenue West Haven, CT 06516 | | - | | | X | | | 191,186.25 |
| Account No. | | | | Invoice Aug 09-Mar 10 | | | | |
| Pitney Bowes GFS Attn Pres, Gen Ptnr or Mng Mmb P.O. 856460 Louisville, KY 40285-6460 | | - | | | | | | 758.14 |

Sheet no. _**7**___ of _**12**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          277,454.89

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Startech Environmental Corporation**                                    ,        Case No.  **10-50955**
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Invoices Aug 09-Mar 10 | | | | |
| **Pitney Bowes Purch PWR** **Attn Pres, Gen Ptnr or Mng Mmb** **P. O. 856460** **Louisville, KY 40285-6460** | - | | | | | | 962.48 |
| Account No. | | | Invoice Aug 09-Mar 10 | | | | |
| **Pitney Bowes, Inc** **Attn Pres, Gen Ptnr or Mng Mmb** **2225 American Dr** **Neenah, WI 54956** | - | | | | | | 66.10 |
| Account No. | | | Invoice Aug 09-Mar 10 | | | | |
| **Poland Spring** **#215 6661 Dixie Hwy, Suite 4** **Louisville, KY 40258** | - | | | | | | 1,299.66 |
| Account No. | | | Invoices Aug 90-Feb 10 | | | | |
| **PR Newswire** **Attn Pres, Gen Ptnr or Mng Mmb** **G.P.O Box 5897** **New York, NY 10087-5897** | - | | | | | | 3,275.00 |
| Account No. | | | Services & Expenses Jan-Apr 2010 | | | | |
| **Ralph N. Dechiaro** **1 Tromp Street** **Clifton, NJ 07011** | - | | | | | | 75,783.73 |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

81,386.97

B6F (Official Form 6F) (12/07) - Cont.

In re   **Startech Environmental Corporation**                          ,        Case No.    **10-50955**
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ralph N. Dechiaro**<br>**1 Tromp Street**<br>**Clifton, NJ 07011** | - | | | | **Agreements in Effect**<br>**A-2005 Effective 12/31/09**<br>**A-2009 Effective 3/23/10** | X | | | 204,757.44 |
| Account No.<br><br>**Ralph N. Dechiaro**<br>**1 Tromp Street**<br>**Clifton, NJ 07011** | - | | | | | | | | 111,046.74 |
| Account No.<br><br>**Robert DeRochie**<br>**33 Merwinbrook Rd**<br>**Brookfield, CT 06804** | - | | | | **Invoices Sep 09-Nov 09** | | | | 9,000.00 |
| Account No.<br><br>**Robert Schukal**<br>**25 Lambert CMN**<br>**Wilton, CT 06897** | - | | | | **Services Jan-Apr 2010** | | | | 14,572.08 |
| Account No.<br><br>**Schuchat, Herzog & Brenman**<br>**Attn Jeff Brenman**<br>**1900 Wazee St., Suite 300**<br>**Denver, CO 80802** | - | | | | **Invoice Dec 09** | | | | 8,038.63 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

347,414.89

B6F (Official Form 6F) (12/07) - Cont.

In re  **Startech Environmental Corporation** ,  Case No.  **10-50955**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Invoice Dec 09 | | | | |
| **Staples Credit Plan**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**P.O. Box 689020**<br>**Des Moines, IA 50368** | - | | | | | | 491.44 |
| Account No. | | | Services Jan-Apr 2010 | | | | |
| **Stephen Landa**<br>**849 Black Rock Tpke**<br>**Easton, CT 06612** | - | | | | | | 59,717.57 |
| Account No. | | | Invoice Nov 2009 | | | | |
| **Suraci Metal Finishing**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**90 River Street**<br>**New Haven, CT 06510** | - | | | | | | 1,060.80 |
| Account No. | | | Invoice Nov 2009 | | | | |
| **The Hartford**<br>**Attn Patricia Corso**<br>**Lockbox 3690**<br>**101 N.Independence Mall East**<br>**Philadelphia, PA 19106** | - | | | | | | 3,258.40 |
| Account No. | | | Invoices Aug 09-Mar 10 | | | | |
| **U.S. Coffee**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**51 Alpha Plaza**<br>**Hickville, NY 11801** | - | | | | | | 501.06 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  65,029.27

B6F (Official Form 6F) (12/07) - Cont.

In re  **Startech Environmental Corporation** _____,    Case No. ____**10-50955**_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**United Parcel Service**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**P.O. Box 650580**<br>**Dallas, TE 75265** | - | | Invoices Aug 09-Feb 10 | | | | 94.12 |
| Account No.<br><br>**Utica National Insurance**<br>**Attn Jean Bonney**<br>**P.O. Box 530**<br>**Utcia, NE 13503** | - | | Invoice Feb 2010 | | | | 240.00 |
| Account No.<br><br>**W.B. Mason**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**P.O. Box 55840**<br>**Boston, MA 02205** | - | | Invoice Aug-Oct 09 | | | | 1,047.56 |
| Account No.<br><br>**Wanlin Liang**<br>**12305 Durango Root Dr**<br>**Keller, TE 76248** | - | | Expenses Sep 09 | | | | 361.57 |
| Account No.<br><br>**WinStanley Property Mgmt LLC**<br>**Attn Jim Haliday**<br>**150 Baker Ave Ext, Suite 203**<br>**Concord, AM 01742** | - | | Rent Oct 09-Apr 10<br>**190 Century Drive, Bristol, CT** | | | | 91,708.39 |

Sheet no. __**11**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **93,451.64**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Startech Environmental Corporation**_____,    Case No. ___**10-50955**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Invoices Aug-Dec 09 | | | | |
| **Worldwide Express** **Attn Pres, Gen Ptnr or Mng Mmb** **116 N. West St.** **Suite 200** **Raleigh, NC 27603** | - | | | | | | 251.46 |
| Account No. | | | Invoices Aug-Nov 09 | | | | |
| **WVT Business Communications** **Attn Pres, Gen Ptnr or Mng Mmb** **P.O. Box 592** **Warwick, NY 10990** | - | | | | | | 858.61 |
| Account No. | | | Invoices Oct 09-Apr 10 | | | | |
| **Yankee Gas** **Attn Pres, Gen Ptnr or Mng Mmb** **P.O. Box 150402** **Hartford, CT 06115-0492** | - | | | | | | 7,502.62 |
| Account No. | | | Invoice Nov 09 | | | | |
| **Yellow Pages** **Attn Pres, Gen Ptnr or Mng Mmb** **P. O. Box 532515** **Atlanta, GA 30355** | - | | | | | X | 396.00 |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __**12**__ of __**12**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 9,008.69 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 1,706,000.53 |

B6G (Official Form 6G) (12/07)

.

In re    **Startech Environmental Corporation**                                    ,    Case No. ___**10-50955**___
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| **Cogim**<br>**Via F. Pelli 13,**<br>**CH-6900, Lugano**<br>**Switzerland** | |
| **EkoBase**<br>**Gorenje Blato 103**<br>**1291 Skofljica, Slovenia** | |
| **Furst Properties, LLC**<br>**14648 North Scottsdale Road**<br>**Suite 345**<br>**Scottsdale, AZ 85254** | **Rental/Lease for 88 Danbury Road, Wilton, CT;**<br>**Rental period 1/1/09 thru 12/31/11** |
| **GlobalTech Environmental Inc.**<br>**P. O. Box 148**<br>**Leichardt, NSW 2040**<br>**Australia** | |
| **Materiales Renovados**<br>**Paseo de la Castellana**<br>**268 1 D-E**<br>**28046 Madrid**<br>**Spain** | |
| **Mihama, Inc.**<br>**11417 Miyakawa**<br>**Chino-Shi, Nagano-Ken 391-0013**<br>**Japan** | |
| **Peter J. Scanlon**<br>**986 Ocean Avenue**<br>**West Haven, CT 06516** | **Retention Agreement dated 2/19/2009** |
| **Plasma Tech**<br>**1224, Suite C**<br>**Americo Mirando Ave.**<br>**Reparto Metripolitano**<br>**San Juan, PR 00921** | |
| **Ralph N. Dechiaro**<br>**1 Tromp Street**<br>**Clifton, NJ 07011** | **Retention Agreement dated 12/14/2005** |
| **Ralph N. Dechiaro**<br>**1 Tromp Street**<br>**Clifton, NJ 07011** | **Retention Agreement dated April 6, 2009** |

1

___  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re    **Startech Environmental Corporation**                                    ,    Case No. ___**10-50955**_____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **W2GE (Waste2greenenergy Ltd)**<br>**Mayfair**<br>**15 Stratton St.**<br>**London, W1J 8LQ**<br>**United Kingdom** | |
| **Winstanley Enterprises, LLC**<br>**150 Baker Avenue, Suite 303**<br>**Concord, MA 01742** | **Rental/Lease for 190 Century Drive, Bristol, CT;**<br>**Rental period 6/16/09 thru 6/30/12** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Startech Environmental Corporation**                    ,   Case No.   __10-50955__

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Peter Scanlon**<br>**986 Ocean Avenue**<br>**West Haven, CT 06516** | **JP Morgan Chase Bank**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**P.O. Box 260180**<br>**Baton Rouge, LA 70826-0180** |
| **Peter Scanlon**<br>**986 Ocean Avenue**<br>**West Haven, CT 06516** | **Capital One CC**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272-1083** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## District of Connecticut

In re   **Startech Environmental Corporation**                    Case No. **10-50955**
                                        Debtor(s)                   Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Interim CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **25** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date      June 14, 2010                    Signature  _____
                                                          Ralph N. Dechiaro
                                                          Interim CEO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.