UNITED STATES BANKRUPCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------------------

In re:                                          )
                                                )   Chapter 11
STARTECH ENVIRONMENTAL CORPORATION )
                                                )
          Debtor                                )   Case No. 10-50955
------------------------------------------------------------------
WE 190 CENTURY DRIVE LLC,                        )
                                                )
          Movant                                )
                                                )   Contested Matter Under
v.                                               )   Fed. R. Bankr. P. 9014
                                                )
STARTECH ENVIRONMENTAL CORPORATION,)
DEBTOR                                          )
                                                )
          Respondent                            )
------------------------------------------------------------------

ORDER GRANTING MOTION FOR RELIEF FROM STAY

WHEREAS, the Motion for Relief from Stay ("Motion") of WE 190 Century Drive LLC

("Movant") dated May 21, 2010 having been presented to this Court, after notice and hearing as

defined in 11 U.S.C. § 102(1), and good cause appearing thereby, and the parties having

stipulated;

NOW, THEREFORE, it is hereby

ORDERED, that the Motion is granted on the following terms and conditions:

1.      The automatic stay of 11 U.S.C. § 362(a) is hereby modified pursuant to

11 U.S.C. § 362(d) to permit WE 190 Century Drive LLC and/or its successors and assigns to

commence, continue and prosecute the following civil action now pending in the Connecticut

Superior Court ("Civil Litigation") and otherwise exercise their rights in accordance with

applicable state law:  WE 190 Century Drive LLC v. Startech Environmental Corporation,

Summary Process Docket No. NBSP-054001 (the "Eviction Action") which shall be limited to

eviction of debtor, and no other relief.

2.    The fourteen (14) day stay afforded by Fed. R. Bankr. P. 4001(a)(3) is not

applicable and the Movants may immediately enforce and implement this Order.

3.    The Debtor hereby waives any and all defenses that it could have asserted

in the Eviction Action.

4.    Upon entry of this Order, the Movant will be entitled to immediately

recover possession of 2,700 square feet of the Premises (as outlined in red as set forth on the

floor plan schematic attached hereto as Exhibit A and made a part hereof) from the Debtor, move

any assets of Debtor (under the supervision of Debtor) within the above-referenced 2,700 square

feet to the remaining Premises occupied by the Debtor and construct a demising wall.

5.    The expenses of moving the assets of Debtor will be borne by the Movant,

and such expenses shall constitute an administrative claim in the bankruptcy matter, subject to

court approval.

6.    Use and occupancy payments for the Premises will be reduced

proportionate to the reduction in the space occupied by Debtor and shall remain an

administrative claim in the bankruptcy matter, subject to court approval.

7.    Execution of eviction in the Eviction Action on the remainder of the

Premises occupied by Debtor is hereby stayed through October 24, 2010, and Debtor and its

representatives shall continue to have access to the remainder of the Premises, including to

conduct a sale of assets during said 90-day period.

Dated: August 5, 2010                                BY THE COURT

*Alan H. W. Shiff*

Alan H. W. Shiff
United States Bankruptcy Judge


CONSENTED TO:


/s/ Craig I. Lifland
Craig I. Lifland
Attorney for the Debtor

CONSENTED TO:


/s/ Scott D. Rosen
Scott D. Rosen
Attorneys for WE 190 Century Drive LLC


151034v3/67230.004

# EXHIBIT A



STARTECH SURRENDER SPACE

STARTECH ENVIRONMENTAL CORP.
16,291 S.F.

JARVIS PRECISION POLISHING
2,730 S.F.

AMSTEP PRODUCTS
5,299 S.F.

COMMON

BUILDING TOTAL
24,320 S.F.

LAZARUS AND SARGEANT

50 NORTH MAIN STREET
WALLINGFORD, CONNECTICUT 06492
203-265-3194    203-294-1610 F

190 CENTURY DRIVE
BRISTOL, CONNECTICUT

TENANT PLAN

DATE: 3-1-10
SCALE: N.T.S.
DWN BY: A.B.M.
SHEET: T-1

UNITED STATES BANKRUPCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| STARTECH ENVIRONMENTAL CORPORATION ) | |
| ) | |
| Debtors ) | Case No. 10-50955 |

---------------------------------------------------------------

| | |
|---|---|
| WE 190 CENTURY DRIVE LLC, ) | |
| ) | |
| Movant ) | |
| ) | Contested Matter Under |
| v. ) | Fed. R. Bankr. P. 9014 |
| ) | |
| STARTECH ENVIRONMENTAL CORPORATION,) | |
| DEBTOR ) | |
| ) | |
| Respondents ) | |

---------------------------------------------------------------

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of August, 2010 the foregoing Proposed

Order was served by first class mail, postage prepaid, upon the entities listed on the attached

Schedule A.

THE MOVANT,
WE 190 CENTURY DRIVE LLC,


Dated:  August 4, 2010                    By:___/s/ Scott D. Rosen_____
                                         Scott D. Rosen (ct01417)
                                         Cohn Birnbaum & Shea
                                         100 Pearl Street, 12th Floor
                                         Hartford, CT 06103
                                         Tel. (860) 493-2200
                                         Fax (860) 727-0361
                                         srosen@cb-shea.com

SCHEDULE A

Startech Environmental Corporation
88 Danbury Road, Suite 1200
Wilton, CT 06897-2525
*Debtor*

Craig I. Lifland, Esq.
Jefffrey M. Sklarz, Esq.
Ziesler & Zeisler
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605
*Attorney for the Debtors*

Holley L. Claiborn, Esq.
Office of the U.S. Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Twenty Largest Creditors**:

Kramer Levin Naftalis
Attn: Scott Rosenblum
1177 Avenue of the Americas
New York, NY 10036

WinStanley Property Management LLC
Attn: Jim Haliday
150 Baker Ave. Ext., Suite 203
Concord, MA 01742

Okapi Partners
Attn: Alan Goldberg
789 Third Avenue – 30th Floor
New York, NY 10017

Gaski Leasing
Attn: Brenda Gaski
550 Broad Street
Bristol, CT 06010

Marcum LLP
Attn: Kevin McCann
10 Melville Park Road
Melville NY 11747

JP Morgan Chase Bank
Attn: Collections
P.O. Box 260180
Baton Route, LA 70826-0180

Connecticut Power & Light
Attn: Pres, Mng Mmb, GP
P.O. Box 150493
Hartford, CT 06115-0493

Aero All-Gas Company
Attn: Pres, Mng Mmb, GP
3150 Main Street
Hartford, CT 06120-9914

Broadridge
Attn: Spencer Villano
1981 Marcus Avenue
Lake Success, NY  11842

Konica Minolta Bus. Solutions
Attn: Pres, Mng Mmb, GP
One Deerwood, Ste. 100
10201 Centurion Parkway North
Jacksonville, FL  32256

Capital One CC
Attn: Pres, Mng Mmb, GP
P.O. box 71083
charlotte, NC  28272-1083

AT&T (Fax)
Attn: Pres, Mng Mmb, GP
P.O. Box 8110
Aurora, IL  69507-8110

Coverall of New England
Attn: Pres, Mng Mmb, GP
340 Broad Street, Suite 203
Windsor, CT  06095

Airgas East
Attn: Pres, Mng Mmb, GP
325 Mccausland Court
Cheshire, CT  06410

Cohere Communications
Attn: Chris
509 Madison Avenue – 6th Floor
New York, NY  10022

Schuchat, Herzog & Brenman
Attn: Jeff Brenman
1900 Wazee Street, Suite 300
Denver, CO  80802

Yankee Gas
Attn: Pres, Mng Mmb, GP
P.O. Box 150402
Hartford, CT  06115-0492

PR Newswire
Attn: Pres, Mng Mmb, GP
G.P.O. Box 5897
New York, NY  10087-5897

AT&T Business Services
Attn: Pres, Mng Mmb, GP
P.O. Box 5019
Carol Stream, IL  60197-5019

Corporate Stock Transfer
Attn: Shari Humphreys
3200 Cherry Creek Dr. South – Suite 430
Denver, CO  80209

Parties Requesting Notice

| General Capital Partners, LLC<br>Attn: Pres, Mng, Mmb, GP<br>600 Seventeenth Ste. Suite 2350<br>South Denver, CO 80202 | Jonathan B. Alter<br>Kate K. Simon, Esq.<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103<br>*Attys for Champion Energy, Inc.* |
| --- | --- |
| Richard G. Birinyi, Esq.<br>Edward H. Davis, Esq.<br>Bullivant Houser Baily, PC<br>1601 Fifth Avenue, Suite 2300<br>Seattle, WA  98010<br>*Attorneys for Champion Energy, Inc.* | John F. Carberry, Esq.<br>Cummings & Lockwood<br>Six Landmark Square<br>Stamford, CT 06901<br>*Attorneys for AFCO Credit* |

| | |
|---|---|
| Honor S. Heath, Esq.<br>Legal Department<br>P.O. Box 270<br>107 Selden Street<br>Hartford, CT 06141-0270<br>*Attorneys for Conn Light & Power Co. and*<br>*Yankee Gas Services Company* | David B. Zabel, Esq.<br>1115 Broad Street<br>Bridgeport, CT 06604<br>*Attorneys for 88 Danbury Road LLC* |
| Robert A. Ziegler, Esq.<br>Taryn D. Martin, Esq.<br>Law Office of Robert A. Ziegler<br>58 East Main Street<br>Plainville, CT 06062<br>*Attorneys for Gaski Realty, Inc.* | David Blaylock, Esq.<br>Glankler Borwn PLLC<br>1700 One Commerce Square<br>Memphis, TN 38103<br>*Attorney for the Estate of J. Everett Pidgeon* |

151929v1/67230.004