# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

_____
:
In re:                                                                      :
                                                                                  :
    Startech Environmental Corp.,              :        Ch. 11
                                                                                  :        Case No. 10-50955
           Debtor.                                   :
_____:

### ORDER SETTING EVIDENTIARY HEARING

WHEREAS, on January 25, 2011, the Court commenced a hearing on the Debtor's Motion to Sell Free and Clear (doc. #193) (the "Sale Motion"); and

WHEREAS, the Sale Motion was to have immediately followed an auction of all the Debtor's assets, with said auction having been scheduled to occur at 2:00 p.m. on January 25, 2011 (*see* doc. #197); and

WHEREAS, through counsel, only one alleged Qualified Bidder, LCY Investments Corporation ("LCY"), appeared; and

WHEREAS, the Debtor sought approval of LCY as the Prevailing Bidder asserting that its was the only and best bid; and

WHEREAS, LCY objected, asserting that it had withdrawn its bid; and

WHEREAS, after hearing the parties' arguments, the Court ordered post-argument memoranda on whether LCY should be considered the Prevailing Bidder at the auction.

NOW, having reviewed the parties' arguments (*see* Hr'g Tr., Jan. 25, 2011 (doc. #222)), and having considered their post-argument memoranda, the Court has determined it is necessary to make findings of fact before ruling.  Accordingly,

IT IS HEREBY ORDERED that, commencing at **10:00 a.m. on Thursday, March 10, 2011**, the Court shall conduct an evidentiary hearing on the arguments raised in the parties' post-argument memoranda, including:

1. Whether LCY was a Qualified Bidder;
2. Whether LCY was notified it was a Qualified Bidder;
3. Whether LCY had the right to withdraw its bid any time before the auction; and
4. Whether LCY had the right to change the terms of the Asset Purchase Agreement.

IT IS FURTHER ORDERED that, **by March 7, 2011**, the parties are to exchange and file (with two copies to chambers) their lists of exhibits and witnesses with a brief statement of each witness's proposed testimony.

Dated this 25th day of February, 2011 at Bridgeport, Connecticut.

BY: *[signature]*

Alan H. S. Shiff
United States Bankruptcy Judge