UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>STARTECH ENVIRONMENTAL CORPORATION<br><br>Debtor | Chapter 11<br><br>Case No. 10-50955 |
| WE 190 CENTURY DRIVE LLC,<br><br>Movant<br>vs.<br><br>STARTECH ENVIRONMENTAL CORPORATION, DEBTOR<br><br>Respondent | Contested Matter Under<br><br>Fed. R. Bankr. P. 9014 |

**STIPULATED ORDER REGARDING MOTION FOR FURTHER CLARIFICATION OF ORDER GRANTING MOTION FOR RELIEF FROM STAY [#229]**

WHEREAS the Motion for Further Clarification Order Granting Motion for Relief from Stay [#229] (the "Motion") of WE 190 Century Drive LLC ("Movant" or "Landlord") dated February 15, 2011, has been presented to this Court, after notice and hearing, as defined in 11 U.S.C. § 102(1), and good cause appearing thereby,

NOW, THEREFORE, it is hereby

ORDERED, that the Motion is granted by stipulation; and

It is further ORDERED that the Debtor shall either (i) file appropriate pleadings disposing of this case such that the case be dismissed on or before July 11, 2011, or (ii) file a plan of reorganization which will provide for the payment of Landlord's post-petition claim; and

It is further ORDERED that if the Debtor fails to either (i) file a plan of reorganization, and (ii) obtain dismissal of this case before July 11, 2011, the Landlord shall be entitled to conduct an auction thereafter of all the personal property assets (the "Personal Property") remaining at the premises formerly occupied by the Debtor located at 190 Century Drive, Bristol, Connecticut (the "Premises"). The terms and procedure of the auction shall be agreed to by the parties to this Stipulation, and be subject to approval by the Court. The proceeds of such auction shall be used to pay the Landlord's administrative claim, as determined by the Court, and any remaining proceeds of the auction shall be disbursed in accordance with further Order of this Court; and

It is further ORDERED that nothing herein shall prevent Champion Energy, Inc. ("Champion") from (1) bidding (including credit bidding at any auction on or before July 11, 2011) and acquiring the Personal Property by way of auction or otherwise exercising its rights as a perfected prepetition and post-petition secured creditor of the Debtor; or (2) purchasing the Personal Property from the Debtor outside an auction by way of credit bid and/or cash purchase, provided that any disposition of the Personal Property during this case shall require that the Personal Property be removed from the Premises on or before July 11, 2011 and that the Landlord's administrative claim and the Debtor's attorneys' fees incurred in this case are paid in an amount and to the extent required by this Court; and

It is further ORDERED that nothing herein shall affect any right the Debtor may have with respect to a determination of the amount of Champion's postpetition claim.

Dated: May 25, 2011

By the Court

*Alan H. W. Shiff*
Alan H. W. Shiff
United States Bankruptcy Judge

155398 v4 / 67230.004

CONSENTED TO:


/s/ Craig I. Lifland
Craig I. Lifland
Attorney for the Debtor

CONSENTED TO:


/s/ Melvin A. Simon
Melvin A. Simon
Attorney for Creditor WE 190 Century Drive LLC

CONSENTED TO:


/s/ Kate K. Simon
Kate K. Simon
Attorney for Secured Creditor Champion Energy, Inc.

155398 v4 / 67230.004