UNITED STATES BANKRUPCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>STARTECH ENVIRONMENTAL CORPORATION,<br><br>Debtor, | Chapter 11<br><br>Case No. 10-50955 |
| WE 190 CENTURY DRIVE LLC,<br><br>Movant,<br>vs.<br><br>STARTECH ENVIRONMENTAL CORPORATION, DEBTOR,<br><br>Respondent. | Contested Matter Under<br><br>Fed. R. Bankr. P. 9014<br><br>June 10, 2011 |

### MOTION FOR SUPPLEMENTAL ORDER REGARDING MOTION FOR FURTHER CLARIFICATION OF ORDER GRANTING MOTION FOR RELIEF FROM STAY [#229]

WE 190 Century Drive LLC ("Movant"), by and through its undersigned counsel respectfully moves this Court for a supplemental order with respect to the Order Regarding Further Clarification of Order Granting Motion for Relief From Stay entered in this matter under 11 U.S.C. § 362(b)(1) so that the Movant may retain the services of an auctioneer consistent with the Stipulated Order Regarding Motion For Further Clarification of Order Granting Motion for Relief From Stay [#229] upon the terms and conditions set forth in the Auctioneer Proposal attached hereto as Exhibit A ("Auction Proposal"). Consistent with the above-referenced Order, the auction shall take place after July 11, 2011. The Debtor was provided until July 11, 2011 to attempt to sell its assets but as of this date, the Debtor is

unable to confirm that it will sell its assets. In order for the auctioneer to prepare for and advertise a sale of the assets located at Movant's premises, it must begin the preparation of the auction site forthwith. The Auction Proposal establishes a commission of 10% plus expenses which expenses may include an additional commission of 3% on assets sold through the internet.

WHEREFORE, the Movant prays for an order authorizing the retention of the auctioneer on terms set forth in the Auction Proposal.

THE MOVANT,
WE 190 CENTURY DRIVE LLC

By: _____
Melvin A. Simon (ct05248)
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103
Tel. (860) 493-2200
Fax (860) 727-0361
msimon@cb-shea.com

UNITED STATES BANKRUPCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>STARTECH ENVIRONMENTAL CORPORATION,<br><br>Debtor, | Chapter 11<br><br>Case No. 10-50955 |
| WE 190 CENTURY DRIVE LLC,<br><br>Movant,<br>vs.<br><br>STARTECH ENVIRONMENTAL CORPORATION, DEBTOR,<br><br>Respondent. | Contested Matter Under<br><br>Fed. R. Bankr. P. 9014<br><br>June 10, 2011 |

## CERTIFICATION

I hereby certify that on June 10, 2011, a copy of the foregoing Motion For Supplemental Order Regarding Further Clarification of Order Granting Motion For Relief From Stay [#229] was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Melvin A. Simon (ct05248)
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103
Tel. (860) 493-2200
Fax (860) 727-0361
msimon@cb-shea.com

155691 v1 / 67230-004