UNITED STATES BANKRUPCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>STARTECH ENVIRONMENTAL CORPORATION,<br><br>Debtor, | Chapter 11<br><br>Case No. 10-50955 |
| WE 190 CENTURY DRIVE LLC,<br><br>Movant,<br>vs.<br><br>STARTECH ENVIRONMENTAL CORPORATION, DEBTOR,<br><br>Respondent. | Contested Matter Under<br><br>Fed. R. Bankr. P. 9014<br><br>June 10, 2011 |

### SUPPLEMENTAL ORDER REGARDING MOTION FOR FURTHER CLARIFICATION OF ORDER GRANTING MOTION FOR RELIEF FROM STAY [#229]

WHEREAS the Motion For Supplemental Order Regarding Further Clarification of Order Granting Motion For Relief From Stay [#229] (the "Motion") of WE 190 Century Drive LLC ("Movant") dated June 10, 2011, has been presented to this Court, after notice and hearing, as defined in 11 U.S.C. § 102(1), and good cause appearing thereby,

NOW, THEREFORE, it is hereby

ORDERED, that the Motion is granted by stipulation; and

It is further ORDERED that the Movant shall retain the services of an auctioneer consistent with the proposal set forth as Exhibit A in the referenced Motion; the auctioneer

- 2 -

shall entertain both an entirety and piece meal bids and accept the higher of the two. By agreeing to the Order, neither the Movant nor the Debtor intend to admit who owns the assets subject to the auction, notwithstanding any language to the contrary in the auctioneer's proposal. It is further hereby ordered that the auction may proceed and the sale may be confirmed without further order of this Court.

Dated: June ___, 2011

                                              BY THE COURT

UNITED STATES BANKRUPCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>STARTECH ENVIRONMENTAL CORPORATION,<br><br>Debtor, | Chapter 11<br><br>Case No. 10-50955 |
| WE 190 CENTURY DRIVE LLC,<br><br>Movant,<br>vs.<br><br>STARTECH ENVIRONMENTAL CORPORATION, DEBTOR,<br><br>Respondent. | Contested Matter Under<br><br>Fed. R. Bankr. P. 9014<br><br>June 10, 2011 |

## CERTIFICATION

I hereby certify that on June 10, 2011, a copy of the foregoing Supplemental Order Regarding Clarification of Order Granting Motion For Relief From Stay was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

> Melvin A. Simon (ct05248)
> Cohn Birnbaum & Shea P.C.
> 100 Pearl Street, 12th Floor
> Hartford, CT 06103
> Tel. (860) 493-2200
> Fax (860) 727-0361
> msimon@cb-shea.com

155692 v1 / 67230-004