UNITED STATES BANKRUPCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>STARTECH ENVIRONMENTAL CORPORATION,<br><br>Debtor, | Chapter 11<br><br>Case No. 10-50955 |
| WE 190 CENTURY DRIVE LLC,<br><br>Movant,<br>vs.<br><br>STARTECH ENVIRONMENTAL CORPORATION, DEBTOR,<br><br>Respondent. | Contested Matter Under<br><br>Fed. R. Bankr. P. 9014<br><br>June 10, 2011 |

### *EX PARTE* MOTION TO EXPEDITE HEARING AND LIMIT NOTICE

Pursuant to Fed. R. Bankr. P. 9006 (c)(1), WE 190 Century Drive LLC, the above Movant, by and through its undersigned counsel, hereby moves this Court for an *ex parte* order expediting hearing and the shortening and limiting of notice on its Motion For Supplemental Order Regarding Further Clarification of Order Granting Motion For Relief From Stay [#229] (the "Motion"), filed concurrently herewith. The Movant requests a hearing to be held on **Tuesday, June 14, 2011 at 10:00 a.m.** In support of this Motion, the Movant respectfully represents as follows:

1.    Pursuant to this Court's Relief from Stay Order [Doc. #141], Movant served a writ of eviction on the Debtor on October 27, 2010, and is in the process of evicting the

Debtor from the Premises, which Premises is owned by Movant and occupied by Debtor pursuant to a lease which terminated prepetition.

2. Under applicable Connecticut law, the Debtor has fifteen days from the service of the writ within which to remove its personalty located on the Premises, or such personalty will be forfeited to the Movant. The Movant executed upon its eviction on Wednesday, October 27, 2010. The 15-day period expire on November 11, 2010.

3. Despite Movant's demand and despite the service of the writ of eviction, Debtor refuses to remove its personalty from the Premises. Debtor's counsel has informed the undersigned that any attempt by Movant to remove or dispose of the Debtor's personalty in accordance with Connecticut's eviction law would violate the Relief from Stay Order and subject Movant to sanctions and contempt.

4. Movant believes the Debtor's interpretation of the Relief from Stay Order is incorrect and unreasonable. Unless Movant is permitted to timely dispose of the Debtor's personalty in accordance with state law, Movant will be irreparably harmed and will suffer ongoing damages with no prospect of recovery. However, without clarification from this court by July 11, 2010, the Debtor's position will chill Movant's ability to exercise its rights and will unfairly prejudice Movant.

5. The Movant submits that good cause exists to grant expedited consideration of this Motion on or before June 14, 2011, as the auctioneer needs to prepare for the auction if it is to take place on July 19, 2011.

WHEREFORE, the Movant respectfully requests the entry of the annexed Order scheduling an expedited hearing on the Motion on Tuesday, June 14, 2011 at 10:00 a.m. and shortening and limiting notice, and granting such other and further relief as is just and proper.

THE MOVANT,
WE 190 CENTURY DRIVE LLC

By: _____
Melvyn A. Simon (ct05248)
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103
Tel. (860) 493-2200
Fax (860) 727-0361
msimon@cb-shea.com