UNITED STATES BANKRUPCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>STARTECH ENVIRONMENTAL CORPORATION,<br><br>Debtor, | Chapter 11<br><br>Case No. 10-50955 |
| WE 190 CENTURY DRIVE LLC,<br><br>Movant,<br>vs.<br><br>STARTECH ENVIRONMENTAL CORPORATION, DEBTOR,<br><br>Respondent. | Contested Matter Under<br><br>Fed. R. Bankr. P. 9014<br><br>June 10, 2011 |

**ORDER EXPEDITING HEARING AND LIMITING NOTICE**

On consideration of the Movant's *Ex Parte* Motion to Expedite Hearing and Limit Notice with respect to a hearing on that certain Motion For Supplemental Order Regarding Motion for Further Clarification of Order Granting Motion For Relief From Stay [#229] (the "Motion"), and pursuant to Rule 2002(m) of the Federal Rules of Bankruptcy Procedure (the "Rules"), and good cause appearing, it is hereby

ORDERED that a hearing (the "Hearing") on the Motion for Supplemental Order is scheduled for June 14th, 2011 at 10:00 a.m. at the United States Bankruptcy Court, 915 Lafayette Boulevard, Room 123, Bridgeport, Connecticut; and it is further

ORDERED that, on or before June 10, 2011, Movant shall serve this order, the Motion for Supplemental Order and the proposed Order thereon upon the Debtor, Debtor's counsel, the Office of the United States Trustee, the twenty largest unsecured creditors of the Debtor,

relevant taxing authorities, all parties who have requested notice pursuant to Federal Rule of Bankruptcy Procedure 2002, via electronic transmission (e-mail), hand delivery, facsimile transmission, or overnight mail, as appropriate and upon all other notice parties under Rule 2002 by regular mail, with the attention lines in accordance with 7004(b)(3) of the Rules. An appropriate certification of service shall be filed prior to the Hearing.

Dated:  June 10, 2011

By the Court

*Alan H. W. Shiff*
Alan H. W. Shiff
United States Bankruptcy Judge